## John P. Smith v. The Superintendents of the Poor of Lapeer County.

*Support of the poor by relatives: Proceedings not after the course of the common law: Review: Writ of error.* Proceedings under the statute (*Comp. L. 1871, ch. 49*), to compel a son to support his mother, are summary in character and in no sense after the course of the common law, and cannot be reviewed on writ of error: the order contemplated as a result of such proceedings is not properly a judgment, and the method of enforcing it is by attachment: and the fact that the parties by voluntary arrangement have proceeded to form an issue and to have a jury trial, cannot affect the question of jurisdiction on review.

*Submitted on briefs April 13.    Decided April 18.*

Error to Lapeer Circuit.

*Gaskill & Geer*, for plaintiff in error.

*W. W. & M. N. Stickney* and *J. B. Moore*, for defendants in error.

COOLEY, CH. J :

The writ of error in this case must be dismissed for want of jurisdiction. The proceeding in the court below was had under the statute, to compel a son to support his mother. The statute contemplates that it shall be summary in its character, and it is in no sense after the course of the common law. The order which the circuit court makes is not properly a judgment, and the method of enforcing it is by attachment.—*Comp. L., ch. 49.* It is true that in this case the parties appear to have proceeded in the circuit court to form an issue and have a jury trial, but that was by voluntary arrangement, and cannot affect the question of review. The remedy for that purpose is not by writ of error.

The other Justices concurred.